# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00740-CV

**In re Shifkey, LLC; Vanessa Rollie, CAN; and Kelly Calcote, CNA**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: October 28, 2025